[No. 28653-6-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05861-8, James A. Noe, J., entered June
17, 1991. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 27478-3-I.   Division One.   April 19, 1993.]

EDWARD A. OLMSTEAD, *Appellant*, v. WEYERHAEUSER
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-22175-6, Richard M. Ishikawa, J., entered
November 19, 1990. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 30359-7-I.   Division One.   April 19, 1993.]

THOMAS O. SELLSTED, *Appellant*, v. WASHINGTON
MUTUAL SAVINGS BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-11352-3, Donald D. Haley, J., entered Feb-
ruary 25, 1992. *Reversed* by unpublished opinion per Agid,
J., concurred in by Coleman and Kennedy, JJ. Now pub-
lished at 69 Wn. App. 852.

[No. 30190-0-I.   Division One.   April 19, 1993.]

CLIFFORD MARSHALL, *Respondent*, v. THE CIVIL SERVICE
COMMISSION OF THE CITY OF SEATTLE,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-12482-5, John Riley, J. Pro Tem., entered
February 14, 1993. *Reversed* by unpublished opinion per
Webster, C.J., concurred in by Pekelis and Forrest, JJ.